**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shadhan Alam                                                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-13339 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Citigroup Mortgage Loan Trust 2020-RP2 and index same on the master mailing list.

                Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
24 Sep 2024, 17:39:19, EDT

          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322