**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-13339** |
| **Shadhan Alam** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, National Association , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

           Respectfully submitted,

           /s/Alyk L. Oflazian
           Alyk L. Oflazian, Esquire (312912)
           Adam B. Hall (323867)
           Stephen R. Franks (0075345)
           MDK Legal
           P.O. Box 165028
           Columbus, OH  43216-5028
           Telephone: 614-220-5611
           Fax: 614-627-8181
           Attorneys for Creditor
           The case attorney for this file is Alyk L. Oflazian.
           Contact email is ALOflazian@mdklegal.com

24-023618_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 24-13339** |
| **Shadhan Alam** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| | : **Related Document #** |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

JEANNE MARIE CELLA, Attorney for Shadhan Alam, paralegal@lawjmc.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Shadhan Alam, 110 Springfield Rd, Aldan, PA  19018

Shearley Lombard, 895 3rd St, Unadilla, GA  31091

/s/Alyk L. Oflazian

24-023618_PS