**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **Shadhan Alam**                                                : Bankruptcy No:  **24-13339**
                                                                        :
                            Debtor                                      : Chapter 13

### CERTIFICATION OF NON EXISTENCE OF PAYMENT ADVICES PURSUANT TO 11 U.S.C. § 521(a)(1)(iv)

It is hereby certified by Debtor, Shadhan Alam, that he did not receive payment advices from an employer within 60 days from the filing of the petition in this matter.  The Debtor's only source of income is Domestic Support.

The Debtor hereby verifies that the statements made above are true and correct to the best of her knowledge, information and belief and that these statements are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unworn falsification to authorizes.

Dated: October 28, 2024                                    By: /s/ *Shadhan Elam*
                                                                Shadhan Elam