## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shadhan Alam<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Citigroup Mortgage Loan Trust 2020-RP2, its successors<br>and/or assigns<br>　　　　　　　Movant<br>　　　vs. | |
| Shadhan Alam<br>　　　　　　　Debtor(s) | NO. 24-13339 PMM |
| Kenneth E. West<br>　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Citigroup Mortgage Loan Trust 2020-RP2, which was filed with the Court on or about November 11, 2024.

Dated: June 16, 2025

Respectfully submitted,

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:Shadhan Alam | **BK NO. 24-13339 PMM** |
| **Debtor(s)** | **Chapter 13** |
| **Citigroup Mortgage Loan Trust 2020-RP2** | |
| **Movant** | |
| vs. | |
| **Shadhan Alam** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

**CERTIFICATE OF SERVICE**

I, Matthew Fissel, certify that on 6/16/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/16/2025

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Shadhan Alam<br>110 Springfield Rd<br>Aldan, PA 19018 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jeanne Marie Cella Esq.<br>Jeanne Marie Cella and Associates LLC<br>221 N. Olive Sreet<br>Media, PA 19063 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |