United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-13339-pmm

Shadhan Alam  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Jun 17, 2025      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Shadhan Alam, 110 Springfield Rd, Aldan, PA 19018-4029 |
| 14930828 | + | Citigroup Mortgage Loan Trust 2020 -RP2, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14933352 | | JPMorgan Chase Bank, C/O Alyk L. Oflazian, PO BOX 165028, Columbus, Oh 43216-5028 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14928053 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:56:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14928054 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2025 01:20:15 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 14928055 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2025 00:57:17 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14930240 | ^ | MEBN | Jun 18 2025 00:21:58 | Citigroup Mortgage Loan Trust 2020-RP2, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14948999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2025 00:51:00 | Citigroup Mortgage Loan Trust 2020-RP2, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14932932 | | Email/Text: mrdiscen@discover.com | Jun 18 2025 00:50:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14928056 | + | Email/Text: mrdiscen@discover.com | Jun 18 2025 00:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14928057 | | Email/Text: BNSFN@capitalsvcs.com | Jun 18 2025 00:50:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14928058 | | Email/Text: BNSFS@capitalsvcs.com | Jun 18 2025 00:50:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14928059 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 18 2025 00:50:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14978997 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 18 2025 00:51:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14946328 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2025 00:51:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

Case 24-13339-pmm   Doc 33   Filed 06/19/25   Entered 06/20/25 00:39:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14933086 | | Email/Text: amps@manleydeas.com | Jun 18 2025 00:50:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14948526 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2025 00:56:05 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14948527 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2025 00:56:11 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14936384 | + | Email/Text: joey@rmscollect.com | Jun 18 2025 00:51:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14930294 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14928060 | + | Email/Text: joey@rmscollect.com | Jun 18 2025 00:51:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 14948364 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2025 00:56:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14928061 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 18 2025 00:51:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14928062 | ^ | MEBN | Jun 18 2025 00:21:48 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 14949004 | | Email/Text: bankruptcy@bbandt.com | Jun 18 2025 00:51:00 | Service Finance, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14949761 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 18 2025 00:57:22 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14928063 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2025 00:56:47 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14928064 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 18 2025 00:51:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14943259 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 18 2025 00:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14947961 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 18 2025 00:51:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14928065 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 18 2025 00:51:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14989713 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14930295 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 17, 2025 | Form ID: 155 | Total Noticed: 31 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Shadhan Alam paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Stephen Franks | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Shadhan Alam<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13339−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 17, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court