IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHADHAN ALAM<br>　　　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>　　　　　Movant,<br><br>　　　　　v.<br><br>SHADHAN ALAM, and<br>REGINE LOMBARD, Non-Filing Co-Debtor, and<br>KENNETH E. WEST, Trustee<br>　　　　　Respondents | Bankruptcy No.  24-13339-pmm<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the August 22, 2025, I served copies of the Motion for Relief and Co-Debtor Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| **Shadhan Alam**<br>**Regine Lombard**<br>110 Springfield Rd<br>Aldan, PA 19018 | **JEANNE MARIE CELLA**<br>Jeanne Marie Cella and Associates LLC<br>221 N Olive St<br>Media, PA 19063 |

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　Phone - (412) 456-8112
　　　　　　　　　　　　　　　　　Fax - (412) 456-8135