IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHADHAN ALAM<br>　　　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>　　　　　Movant,<br><br>v.<br><br>SHADHAN ALAM, and<br>REGINE LOMBARD, Non-Filing Co-Debtor, and<br>KENNETH E. WEST, Trustee<br>　　　　　Respondents | Bankruptcy No. 24-13339-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 23rd day of September, 2025, upon consideration of the foregoing Motion for Relief and Co-Debtor Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of 2024 Toyota Prius, VIN: JTDADABU3R3012573 as to all Debtors.
b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge