IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHADHAN ALAM<br>              Debtor,<br><br>TOYOTA MOTOR CREDIT<br>CORPORATION<br>                    Movant,<br><br>              v.<br><br>SHADHAN ALAM, and<br>REGINE LOMBARD, Non-Filing Co-Debtor, and<br>KENNETH E. WEST, Trustee<br>                    Respondents | Bankruptcy No.  24-13339-pmm<br><br><br>Chapter 13 |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF COURTS:

Kindly withdraw the *Motion for Relief from the Automatic Stay* filed on behalf of Toyota Motor Credit Corporation on August 22, 2025, at Document No. 34.

Dated: September 23, 2025

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135