United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-13339-pmm

Shadhan Alam                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Shadhan Alam, 110 Springfield Rd, Aldan, PA 19018-4029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Shadhan Alam paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                      User: admin                                           Page 2 of 2

Date Rcvd: Sep 23, 2025                           Form ID: pdf900                                   Total Noticed: 1

KERI P EBECK

       on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
       btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL

       on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee

       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> SHADHAN ALAM <br>　　　　　　Debtor, <br><br> TOYOTA MOTOR CREDIT <br> CORPORATION <br>　　　　　　Movant, <br><br>　　　　v. <br><br> SHADHAN ALAM, and <br> REGINE LOMBARD, Non-Filing Co-Debtor, <br> and <br> KENNETH E. WEST, Trustee <br>　　　　　　Respondents | Bankruptcy No.  24-13339-pmm <br><br><br> Chapter 13 |

ORDER OF COURT

AND NOW, this 23rd day of September_____, 2025, upon consideration of the foregoing

Motion for Relief and Co-Debtor Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of 2024 Toyota Prius, VIN:
JTDADABU3R3012573 as to all Debtors.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge